Terri R. Brown, Esq. (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TRENT JORDAN,<br>        Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; WELLS FARGO HOME MORTGAGE, INC.; WELLS FARGO BANK, NATIONAL ASSOCIATION; AFNI, INC.; IQ DATA INTERNATIONAL, INC.; ALLIANCEONE, INC.; RASH CURTIS & ASSOCIATES; and DOES 1 through 100, inclusive;<br>        Defendants. | CASE NO.  5:15-cv-05117-EJD<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff, Trent Jordan, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action.  The parties will file a Stipulation Of Dismissal With Prejudice once the settlement is consummated.

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-05117-EJD**

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3 |   |
| 4 | Date: April 4, 2016            s/ Elliot W. Gale (With Consent) |

Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:   408-279-2288
Fax:   408-279-2299
E-Mail:   sjsagaria@sagarialaw.com
egale@sagarialaw.com
jangelo@sagarialaw.com
sjohnson@sagarialaw.com

*Counsel for Plaintiff Trent Jordan*

Respectfully submitted,

Date: April 4, 2016            s/ Terri R. Brown

Terri R. Brown, Esq.  (IN #26279-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:   tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:   ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-05117-EJD**