SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**,
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| TRENT JORDAN, | Case No.: 5:15-CV-05123-EJD |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Trent Jordan and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EQUIFAX, INC.; PROPOSED ORDER - 1

DATED: April 1, 2016          Sagaria Law, P.C.

                              By:  ____/s/ Elliot W. Gale____
                                        Elliot W. Gale
                              Attorneys for Plaintiff
                              Trent Jordan


DATED: April 1, 2016          Nokes & Quinn



                              By:  ____/s/ Thomas P. Quinn, Jr.____
                                        Thomas P. Quinn, Jr.
                              Attorneys for Defendant
                              Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED: 4/7/2016              _____
                              Edward J. Davila
                              UNITED STATES DISTRICT JUDGE