SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRENT JORDAN, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 5:15-CV-05117-EJD <br><br> STIPULATION TO DISMISS DEFENDANT RASH CURTIS & ASSOCIATES; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Trent Jordan and defendant Rash Curtis & Associates, that Rash Curtis & Associates be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: April 6, 2016     Sagaria Law, P.C.

By: _*/s/ Elliot W. Gale*_
Elliot W. Gale
Attorneys for Plaintiff
Trent Jordan

DATED: April 6, 2016     Ellis Law Group, LLP

By: _*/s/ Amanda Griffith*_
Amanda Griffith
Attorneys for Defendant
Rash Curtis & Associates

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amanda Griffith has concurred in this filing.

_/s/ Elliot Gale_

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Rash Curtis & Associates is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 4/8/2016

Edward J. Davila
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT RASH CURTIS & ASSOCIATES; PROPOSED ORDER - 2