Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 4/21/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| TRENT JORDAN,<br><br>       Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>       Defendants. | Federal Case No.: 5:15-CV-05117-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLIANCEONE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Trent Jordan, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant AllianceOne, Inc. as to all claims in this action.

    Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

    41(a) Voluntary Dismissal

    (1) By the Plaintiff

        (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (1) a notice of dismissal before the opposing party serves either an answer

or a motion for summary judgment.

Defendant AllianceOne, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it, with prejudice, for all purposes and without an Order of the Court.

Dated: April 19, 2016                     Sagaria Law, P.C.

                                          By: ___*/s/ Elliot W. Gale*___
                                                   Elliot W. Gale
                                          Attorneys for Plaintiff
                                          Trent Jordan