SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TRENT JORDAN**,**<br><br>          Plaintiff,<br><br>     v.<br><br> EXPERIAN INFORMATION SOLUTIONS,<br>INC.; et. al.**,**<br><br>          Defendants. | Case No.: 5:15-CV-05117-EJD<br><br>NOTICE OF SETTLEMENT |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

     **PLEASE TAKE NOTICE THAT** plaintiff Trent Jordan and defendant AFNI, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.


Dated:   June 7, 2016

**Sagaria Law, P.C.**
*/s/ Elliot Gale*
Elliot Gale
Attorneys for Plaintiff