UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT JORDAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE INC, et al.,<br><br>　　　　　Defendants. | Case No. 5:15-cv-05117-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On July 12, 2016, the court issued an order requiring Plaintiff and Defendant Wells Fargo Bank, N.A. to show cause why sanctions should not be imposed after they failed to timely file one of the forms addressing ADR. Dkt. No. 86. In light of the response and stipulation filed on July 13, 2016 (Dkt. Nos. 87, 88), the Order to Show Cause is DISCHARGED and the hearing scheduled for July 21, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: July 14, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge