UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT JORDAN,<br>      Plaintiff,<br>  v.<br>WELLS FARGO HOME MORTGAGE INC, et al.,<br>      Defendants. | Case No. 5:15-cv-05117-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on July 28, 2016 (Dkt. No. 95), the court orders as follows:

1. The parties shall comply with the deadlines provided in the Case Management Order filed on June 20, 2016 (Dkt. No. 83).

2. In addition, the parties shall complete mediation by the deadline provided in the order filed on July 14, 2016 (Dkt. No. 89).

3. The Further Case Management Conference scheduled for August 4, 2016, is CONTINUED to **10:00 a.m. on September 8, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **September 29, 2016**, which provides, inter alia, a deadline by which a dismissal will be filed for any defendant for which a Notice of Settlement has been filed but has not been dismissed prior to that date.

**IT IS SO ORDERED.**

Dated: August 1, 2016

                                                  EDWARD J. DAVILA
                                                  United States District Judge