1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C.**
   2033 Gateway Place, 6th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| TRENT JORDAN, | Case No.: 5:15-cv-05117-EJD |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; AND [PROPOSED] ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Trent Jordan and Wells Fargo Bank, N.A. (sued as "Wells Fargo Mortgage, Inc." and "Wells Fargo Bank, National Association") ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: November 8, 2016         Sagaria Law, P.C.

                                By:  ____/s/ Elliot W. Gale____
                                         Elliot W. Gale
                                Attorneys for Plaintiff
                                Trent Jordan

DATED: November 8, 2016         Severson & Werson

                                By:  ___/s/ Sara J. Quinto-Seibert___
                                         Sara J. Quinto-Seibert
                                Attorney for Defendant Wells Fargo Bank, N.A. (sued as "Wells Fargo Mortgage, Inc." and "Wells Fargo Bank, National Association") ("Wells Fargo")

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Sara J. Quinto-Seibert has concurred in this filing.

/s/ Elliot Gale

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo Bank, N.A. (sued as "Wells Fargo Mortgage, Inc." and "Wells Fargo Bank, National Association") ("Wells Fargo") is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____         _____
                              Edward J. Davila
                              UNITED STATES DISTRICT JUDGE