SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRENT JORDAN, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-cv-05117-EJD <br><br> STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A.; AND [PROPOSED] ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Trent Jordan and Wells Fargo Bank, N.A. (sued as "Wells Fargo Mortgage, Inc." and "Wells Fargo Bank, National Association") ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

| | | |
|---|---|---|
| DATED: November 8, 2016 | Sagaria Law, P.C. | |
| | By: /s/ Elliot W. Gale | |
| | Elliot W. Gale | |
| | Attorneys for Plaintiff | |
| | Trent Jordan | |
| DATED: November 8, 2016 | Severson & Werson | |
| | By: /s/ Sara J. Quinto-Seibert | |
| | Sara J. Quinto-Seibert | |
| | Attorney for Defendant Wells Fargo Bank, N.A. (sued as "Wells Fargo Mortgage, Inc." and "Wells Fargo Bank, National Association") ("Wells Fargo") | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Sara J. Quinto-Seibert has concurred in this filing.

/s/ Elliot Gale

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo Bank, N.A. (sued as "Wells Fargo Mortgage, Inc." and "Wells Fargo Bank, National Association") ("Wells Fargo") is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 11/10/2016

Edward J. Davila
UNITED STATES DISTRICT JUDGE